Submitted on record and briefs May 6, affirmed May 17, 1976

STATE OF OREGON, *Respondent,*
*v.*
TROY DAVID TICKLE, *Appellant.*
(Nos. 20060 and 20003, CA 5624 and 5625)
549 P2d 687

John K. Hoover, attorney for appellant.

Thomas H. Denney, attorney for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Frye,* 2 Or App 192, 465 P2d 736 (1970).